Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By APR 27 2005
Deputy Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 05-60049-CR-SEITZ MAGISTRATE BANDSTRA

18 U.S.C. § 2422(b)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

6:05-CR-82-ORL-18KRS

vs.

EDWARD BYRD,

Defendant.
_____/

FILED by _____ D.C.
MAG. SEC.
FEB 24 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

From on or about December 16, 2004, to on or about February 12, 2005, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**EDWARD BYRD,**

did knowingly and intentionally by means of a facility of interstate commerce, that is, by computer via the Internet, attempt to persuade, induce, entice, and coerce a person who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are realleged and by this reference fully incorporated for purpose of alleging forfeitures to the United States of America, of certain property in which the defendant has an interest, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon the conviction of the defendant for any of the offenses described in this indictment, the United States is entitled to forfeiture of and the defendant, EDWARD BYRD, shall forfeit to the

United States, any and all interest that the defendant has in any and all personal property used or intended to be used in any manner to commit and to promote the commission of the aforementioned violation, including, but not limited to:

1. Dell Inspiron 8600 laptop computer, serial number 21018801637;

2. Dell 64mb USB thumb drive, no model or serial number;

3. PalmOne Treo600 personal digital assistant (combination PDA, Sprint cellular telephone and digital camera), serial number HBSAD4061A0FL; and

4. Two Imation floppy diskettes unlabeled (one red in color; the other black in color).

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
ROBIN WAUGH-FARRETTA
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Edward Byrd

**Case No:** _____

Count #: 1

Use of Mails or any Facility or Means of Interstate or Foreign Commerce to Coerce or Entice a Minor to engage in any Sexual Activity

Title 18, United States Code, Section 2422(b)

**\* Max.Penalty:** Thirty (30) years' imprisonment; mandatory minimum of five (5) years' imprisonment; $250,000 fine; not more than five years' imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

EDWARD BYRD,
          Defendant.
_____/

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | | New Defendant(s) | Yes ____ No ____ |
|---|---|---|---|---|---|
| ____ | Miami | ____ | Key West | Number of New Defendants | ____ |
| X | FTL | ____ | WPB  ____ FTP | Total number of counts | ____ |

____ I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)     No
   List language and/or dialect

4. This case will take     3     ~~days for the parties to try.~~

5. Please check appropriate ~~category~~ and type of offense listed below:
   (Check only one)                                        (Check only one)

   I    0 to 5 days      X         Petty    ____
   II   6 to 10 days     ____      Minor    ____
   III  11 to 20 days    ____      Misdem.  ____
   IV   21 to 60 days    ____      Felony    x
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)     No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)    Yes
   If yes:
   Magistrate Case No.                           05-4031-BSS
   Related Miscellaneous numbers:                M 04-133-BA (WDOK); 04-Cr-207-Orl-PCF-JGG (MDFL)
   Defendant(s) in federal custody as of         2/12/05
   Defendant(s) in state custody as of           _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)     No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?     ____ Yes    X No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?    ____ Yes    x No
   If yes, was it pending in the Central Region?      ____ Yes   ____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes    x No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?    ____ Yes    x No

                                                Robin Waugh-Farretta
                                                ASSISTANT UNITED STATES ATTORNEY
                                                Florida Bar No. 537837

*Penalty Sheet(s) attached

REV.1/14/04

No. 06021

# UNITED STATES DISTRICT COURT

Southern   District of   Florida

*Central Criminal Division*

## THE UNITED STATES OF AMERICA

vs.

EDWARD BYRD

## INDICTMENT

18 U.S.C. § 2422(b)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *, A.D. 20* _____

_____
*Clerk*

*Bail.* $ _____